$900

**PD**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------X
                                                     :       13    2768
MALIBU MEDIA, LLC,                                   :
                                                     :       Civil Action No. _____
                      Plaintiff,                     :
                                                     :
                                                     :
          vs.                                        :
                                                     :       FILED
JOHN DOE subscriber assigned IP address              :
108.16.46.52,                                        :       MAY 20 2013
                                                     :
                      Defendant.                     :       MICHAEL E. KUNZ, Clerk
                                                     :       By_____ Dep. Clerk
                                                     :
-----------------------------------------------------X
```

## COMPLAINT-ACTION FOR DAMAGES FOR
## PROPERTY RIGHTS INFRINGEMENT

Plaintiff, Malibu Media, LLC, sues Defendant John Doe subscriber assigned IP address

108.16.46.52, and alleges:

### Introduction

1.     This matter arises under the United States Copyright Act of 1976, as amended, 17

U.S.C. §§ 101 et seq. (the "Copyright Act").

2.     Defendant is a persistent online infringer of Plaintiff's copyrights.   Indeed,

Defendant's IP address as set forth on Exhibit A was used to illegally distribute each of the

copyrighted movies set forth on Exhibit B.

3.     Plaintiff is the registered owner of the copyrights set forth on Exhibit B (the

"Copyrights-in-Suit.")

## Jurisdiction And Venue

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

5.      The Defendant's acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and therefore this Court has personal jurisdiction over the Defendant because (a) Defendant committed the tortious conduct alleged in this Complaint in this State, and (i) Defendant resides in this State and/or (ii) Defendant has engaged in substantial and not isolated business activity in this State.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because each Defendant or Defendant's agent resides or may be found in this District.

## Parties

7.      Plaintiff, Malibu Media, LLC, is a limited liability company organized and existing under the laws of the State of California and has its principal place of business located at 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.

8.      Plaintiff only knows Defendant by his, her or its IP Address.  Defendant's IP address is set forth on Exhibit A.

9.      Defendant's Internet Service Provider can identify the Defendant.

2

**Factual Background**

I.   *Defendant Used the BitTorrent File Distribution Network To Infringe Plaintiff's*
     *Copyrights*

10.   The BitTorrent file distribution network ("BitTorrent") is one of the most common peer-to-peer file sharing venues used for distributing large amounts of data, including, but not limited to, digital movie files.

11.   BitTorrent's popularity stems from the ability of users to directly interact with each other in order to distribute a large file without creating a heavy load on any individual source computer and/or network. The methodolgy of BitTorrent allows users to interact directly with each other, thus avoiding the need for intermediary host websites which are subject to DMCA take down notices and potential regulatory enforcement actions.

12.   In order to distribute a large file, the BitTorrent protocol breaks a file into many small pieces called bits. Users then exchange these small bits amongst each other instead of attempting to distribute a much larger digital file.

13.   After the infringer receives all of the bits of a digital media file, the infringer's BitTorrent client software reassembles the bits so that the file may be opened and utilized.

14.   Each bit of a BitTorrent file is assigned a unique cryptographic hash value.

15.   The cryptographic hash value of the bit ("bit hash") acts as that bit's unique digital fingerprint. Every digital file has one single possible cryptographic hash value correlating to it. The BitTorrent protocol utilizes cryptographic hash values to ensure each bit is properly routed amongst BitTorrent users as they engage in file sharing.

16.   The entirety of the digital media file also has a unique cryptographic hash value ("file hash"), which acts as a digital fingerprint identifying the digital media file (e.g. a movie). *Once infringers complete downloading all bits which comprise a digital media file, the*

3

BitTorrent software uses the file hash to determine that the file is complete and accurate.

17.     Plaintiff's investigator, IPP Limited, established a direct TCP/IP connection with the Defendant's IP address as set forth on Exhibit A.

18.     IPP Limited downloaded from Defendant one or more bits of each of the digital movie files identified by the file hashes on Exhibit A.

19.     Each of the cryptographic file hashes as set forth on Exhibit A correlates to copyrighted movies owned by Plaintiff as identified on Exhibit B.

20.     IPP Limited downloaded from Defendant one of more bits of each file has listed in Exhibit A. IPP Limited further downloaded a full copy of each file hash from the BitTorrent file distribution network and confirmed through independent calculation that the file hash matched what is listed on Exhibit A. IPP Limited then verified that the digital media file correlating to each file hash listed on Exhibit A contained a copy of a movie which is identical (or alternatively, strikingly similar or substantially similar) to the movie associated with that file hash on Exhibit A. At no time did IPP Limited upload Plaintiff's copyrighted content to any other BitTorrent user.

21.     IPP Limited downloaded from Defendant one or more bits of each digital media file as identified by its hash value on Exhibit A. The most recent TCP/IP connection between IPP and the Defendant's IP address for each file hash listed on Exhibit A is included within the column labeled Hit Date UTC. UTC refers to Universal Time which is utilized for air traffic control as well as computer forensic purposes.

22.     An overview of the Copyrights-in-Suit, including each hit date, date of first publication, registration date, and registration number issued by the United States Copyright Office is set forth on Exhibit B.

23.     IPP Limited has also engaged in enhanced surveillance of other digital media files being distributed by Defendant.  The results of this more intensive surveillance are outlined in Exhibit C.  The Copyrights-in-Suit are solely limited to content owned by Plaintiff as outlined in Exhibit B.  Exhibit C is provided for evidentiary purposes only.

24.     As the subscriber in control of the IP address being used to distribute Plaintiff's copyrighted movies, Defendant is the most likely infringer.   Consequently, Plaintiff hereby alleges Defendant is the infringer.   Plaintiff has included as Exhibit D a solicitation of exculpatory evidence in the event that Defendant chooses to deny the allegations.

25.     Defendant is the only person who can be identified as the infringer at this time.

### Miscellaneous

26.     All conditions precedent to bringing this action have occurred or been waived.

27.     Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

### COUNT I
### Direct Infringement Against Defendant

28.     The allegations contained in paragraphs 1-27 are hereby re-alleged as if fully set forth herein.

29.     Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit B, each of which covers an original work of authorship.

30.     By using BitTorrent, Defendant copied and distributed the constituent elements of each of the original works covered by the Copyrights-in-Suit.

31.     Plaintiff did not authorize, permit or consent to Defendant's distribution of its works.

32.    As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A)    Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)    Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)    Perform the copyrighted works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the works' images in any sequence and/or by making the sounds accompanying the works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D)    Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

33.    Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)    Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B)    Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C)    Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

(D)     Award Plaintiff statutory damages in the amount of $150,000 per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)     Grant Plaintiff any other and further relief this Court deems just and proper.

## **DEMAND FOR A JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

FIORE & BARBER, LLC

By: _____

Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel:  (215) 256-0205
Fax:  (215) 256-9205
Email:  cfiore@fiorebarber.com

7

**ISP:** Verizon Internet Services
**Physical Location:** Doylestown, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/27/2013 04:09:24 | DA7B8E787C735B0429970B2B5F02A2EB00081787 | Out of This World |
| 01/12/2013 07:33:53 | 9C9A726B910173C5832A29A3DD6BDFAF64661221 | Warm Inside |
| 09/21/2012 03:48:09 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 09/21/2012 03:09:40 | 2D58C7A02DE3E5168E85D0BF45A4036C512AAF88 | Black Lingerie Bliss |
| 08/06/2012 01:25:54 | CC1A549BE7FBDCE82EFF7347A347BE68BB00719E | Farewell |
| 07/28/2012 06:20:29 | 8E83A291FF3E20DD8C4F42092B6E0E4BAD5746AE | Come To My Window |
| 07/19/2012 00:28:09 | CF7E75EAF9225D5CA52F3F977206735C6FDEB632 | Pink Orgasm |
| 06/27/2012 03:02:14 | 947C9ACA3C175FF5F0BC229E1A562CE54C5ABB4E | Happy Couple |
| 06/07/2012 03:42:14 | 9F82F4FC8A7ED2D93D4018E6CE9BEC78DDE51E6A | Young and Hot |
| 05/18/2012 22:07:04 | 8371AF5FC7AFE5CE24955E3AF3084A29F6253199 | Silver Bullets |
| 04/25/2012 04:18:47 | 8347F054CEFAF38A95435CA9C94F2B1DDD2D27AF | Slow Motion |
| 04/13/2012 01:02:06 | 143CBD213A5B550F233A7DEFD554414D71BCB76C | Wild at Heart |
| 03/29/2012 05:19:29 | 8E652A4691B89D82EED34742C10B8CB852DA467D | Paradise Found |
| 03/29/2012 05:02:16 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls |
| 03/14/2012 05:20:59 | 9E070302C41EA21DB5418EE434741B4562D6E4FB | California Dreams |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

**File Hashes for IP Address 108.16.46.52**

**ISP:** Verizon Internet Services
**Physical Location:** Doylestown, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/27/2013 04:09:24 | DA7B8E787C735B0429970B2B5F02A2EB00081787 | Out of This World |
| 01/12/2013 07:33:53 | 9C9A726B910173C5832A29A3DD6BDFAF64661221 | Warm Inside |
| 09/21/2012 03:48:09 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 09/21/2012 03:09:40 | 2D58C7A02DE3E5168E85D0BF45A4036C512AAF88 | Black Lingerie Bliss |
| 08/06/2012 01:25:54 | CC1A549BE7FBDCE82EFF7347A347BE68BB00719E | Farewell |
| 07/28/2012 06:20:29 | 8E83A291FF3E20DD8C4F42092B6E0E4BAD5746AE | Come To My Window |
| 07/19/2012 00:28:09 | CF7E75EAF9225D5CA52F3F977206735C6FDEB632 | Pink Orgasm |
| 06/27/2012 03:02:14 | 947C9ACA3C175FF5F0BC229E1A562CE54C5ABB4E | Happy Couple |
| 06/07/2012 03:42:14 | 9F82F4FC8A7ED2D93D4018E6CE9BEC78DDE51E6A | Young and Hot |
| 05/18/2012 22:07:04 | 8371AF5FC7AFE5CE24955E3AF3084A29F6253199 | Silver Bullets |
| 04/25/2012 04:18:47 | 8347F054CEFAF38A95435CA9C94F2B1DDD2D27AF | Slow Motion |
| 04/13/2012 01:02:06 | 143CBD213A5B550F233A7DEFD554414D71BCB76C | Wild at Heart |
| 03/29/2012 05:19:29 | 8E652A4691B89D82EED34742C10B8CB852DA467D | Paradise Found |
| 03/29/2012 05:02:16 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls |
| 03/14/2012 05:20:59 | 9E070302C41EA21DB5418EE434741B4562D6E4FB | California Dreams |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

**Copyrights-In-Suit for IP Address 108.16.46.52**

**ISP:** Verizon Internet Services
**Location:** Doylestown, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/21/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 03/14/2012 |
| Come To My Window | PA0001799576 | 07/27/2012 | 07/31/2012 | 07/28/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 08/06/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/27/2012 |
| Out of This World | PA0001833294 | 03/28/2013 | 04/01/2013 | 03/27/2013 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 03/29/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 03/29/2012 |
| Pink Orgasm | PA0001797944 | 07/16/2012 | 07/18/2012 | 07/19/2012 |
| Silver Bullets | PA0001790373 | 05/13/2012 | 05/16/2012 | 05/18/2012 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 04/25/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/21/2012 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/12/2013 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 04/13/2012 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/07/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  15**

EXHIBIT B

## Expanded Surveillance of IP Address 108.16.46.52

**ISP:** Verizon Internet Services
**Location:** Doylestown, PA

| Hit Date UTC | Filename |
|---|---|
| 05/01/2013 | The.Hobbit.An.Unexpected.Journey.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 04/30/2013 | Doctor.Who.2005.S07E10.1080p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 04/30/2013 | The.Dark.Knight.Rises.2012.1080p.BluRay.x264-ALLiANCE [PublicHD] |
| 04/30/2013 | Game.of.Thrones.S03E05.720p.HDTV.x264-IMMERSE [PublicHD] |
| 04/30/2013 | Jack.Reacher.2012.1080p.BluRay.DTS.x264-PublicHD |
| 04/29/2013 | Livejasmin hack V5.001 Jan. 19th.rar |
| 04/29/2013 | Bones.S08E23.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/28/2013 | Subway_Surfers_ENG.rar |
| 04/27/2013 | x-art_angelica_getting_down_1080.mov |
| 04/26/2013 | [ www.Torrenting.com ] - Gabe.the.Cupid.Dog.2012.WEBRip XviD Feel-Free |
| 04/26/2013 | Far Cry 3 Blood Dragon |
| 04/25/2013 | 259_Desi_College_Students_sex_Desisexblog.net.wmv |
| 04/25/2013 | Doctor_Who_2005.7x09.Hide.720p_HDTV_x264-FoV [PublicHD] |
| 04/25/2013 | Game.of.Thrones.S03E04.1080i.HDTV.MPEG2.DD5.1-CtrlHD [PublicHD] |
| 04/24/2013 | (C82) [ハイブリッド事務室 (室永叉焼)] ハイブリッド通信vol.11 (隻眼獣ミツヨシ) [DL版].zip |
| 04/24/2013 | Bree Olsen - Hard ass stretching-by manowa_19.wmv |
| 04/21/2013 | Tight young twink ass gets packed with cock |
| 04/21/2013 | [ www.TorrentDay.com ] - Monday.Mornings.S01E06.HDTV.XviD-AFG |
| 04/20/2013 | Criminal Minds Season 6 Complete 720p |
| 04/20/2013 | x-art_bunny_scarlet_tyler_fashion_models_1080.mov |
| 04/19/2013 | time and chaos v8057 setup and patch |
| 04/19/2013 | Jack.Reacher.2012.1080p.BluRay.AVC.DTS-HD.MA.7.1-PCH [PublicHD] |

EXHIBIT C

EPA138

| Hit Date UTC | Filename |
|---|---|
| 04/19/2013 | Game.of.Thrones.S03E03.720p.HDTV.x264-EVOLVE [PublicHD] |
| 04/18/2013 | [ www.Speed.Cd ] - Enlightened.S02E05.720p.HDTV.x264-IMMERSE |
| 04/17/2013 | Bones.S08E22.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/15/2013 | Doctor Who 2005 7x08 Cold War 720p HDTV x264-FoV [PublicHD] |
| 04/14/2013 | Game.of.Thrones.S03E02.1080p.WEB-DL.DD5.1.H.264-NTb [PublicHD] |
| 04/14/2013 | [R.G. Mechanics] Far Cry 3 |
| 04/13/2013 | Flora (Teen, Group) HD XXX |
| 04/13/2013 | Hinder - Extreme Behavior (Extreme Deluxe Edition) [320kbps] [iSpeedz] |
| 04/10/2013 | The.Typing.Of.The.Dead.II.JAP-NETSHOW |
| 04/09/2013 | Doctor_Who_2005.7x07.The_Rings_Of_Akhaten.720p_HDTV_x264-FoV [PublicHD] |
| 04/06/2013 | Hegre-Art.13.03.19.Kiki.50.Shades.Of.Gray.XXX.720p.MOV-KTR |
| 04/04/2013 | 0220 이브닝뉴스 임현진날씨.ts |
| 04/04/2013 | How.I.Met.Your.Mother.S08E17.FASTSUB.VOSTFR.HDTV.XviD-ADDiCTiON |
| 04/04/2013 | 01 Doll.m4a |
| 04/04/2013 | Life.of.Pi.2012.720p.WEB-DL.DD5.1.H.264-HD4FUN |
| 04/03/2013 | Fringe.S05E11.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 04/03/2013 | Fringe.S05E12.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 04/03/2013 | Fringe.S05E13.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 04/02/2013 | BioShock_Infinite-FLT |
| 04/02/2013 | Django.Unchained.2012.1080p.BluRay.DTS.x264-PublicHD |
| 04/02/2013 | Bones.S08E21.720p.HDTV.X264-DIMENSION.mkv |
| 04/02/2013 | Bones.S08E21.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/02/2013 | Game.of.Thrones.S03E01.720p.HDTV.x264-EVOLVE [PublicHD] |
| 04/01/2013 | The Mummy Trilogy 1999-2008 BDRip 1080p DTS HighCode- PublicHD |
| 04/01/2013 | [ www.UsaBit.com ] - Game.of.Thrones.S03E01.720p.HDTV.x264-EVOLVE |
| 03/30/2013 | Doctor_Who_2005.7x06.The_Bells_Of_Saint_John.720p_HDTV_x264-FoV [PublicHD] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/30/2013 | Dishonored Dunwal City Trials DLC Free Installer |
| 03/29/2013 | X-Art - Out Of This World - Angelica [1080p].mov |
| 03/29/2013 | Anjelica - Sex Lessons For A Princess.mp4 |
| 03/29/2013 | Spektrum |
| 03/26/2013 | Bones.S08E19.720p.HDTV.X264-DIMENSION.mkv |
| 03/26/2013 | Bones.S08E18.720p.HDTV.X264-DIMENSION.mkv |
| 03/26/2013 | Bones.S08E20.720p.HDTV.X264-DIMENSION [PublicHD] |
| 03/25/2013 | Bones.S08E17.720p.HDTV.X264-DIMENSION.mkv |
| 03/25/2013 | Bones.S08E17.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 03/16/2013 | X-Art.13.03.08.Angelica.Spilled.Milk.XXX.1080p.MOV-KTR |
| 03/16/2013 | Marty Wilde - Frantic Fifties |
| 03/16/2013 | Cuneo-Macerata 3.VOB |
| 03/14/2013 | THE HuMaN CeNtiPedE II (Full Sequence) TS |
| 03/12/2013 | Top_Gear.19x06.720p_HDTV_x264-FoV [PublicHD] |
| 03/12/2013 | [AnimeTL] K-ON! Movie ED - Singing! [SUB 1080p].exe |
| 03/11/2013 | Top_Gear.19x07.720p_HDTV_x264-FoV [PublicHD] |
| 03/10/2013 | Skyfall.2012.1080p.BluRay.x264-DAA [PublicHD] |
| 03/10/2013 | The.Hobbit.An.Unexpected.Journey.2012.1080p.BluRay.x264-SPARKS |
| 03/08/2013 | Clubbers Hit Mix vol.7 (2010) |
| 03/08/2013 | Community S04E04 HDTV x264 AAC-mSD |
| 03/07/2013 | Tomb.Raider-SKIDROW |
| 03/05/2013 | Tomb Raider Survival Edition (2013) [PCDVD][MULTi14][WwW.LoKoTorrents.CoM] |
| 03/05/2013 | Tomb Raider SURVIVAL EDITION STEAM FULL UNLOCKED |
| 03/05/2013 | Tomb Radier.Sruvival.Edition-SC |
| 03/05/2013 | Tomb.Raider-SKIDROW |
| 02/28/2013 | _Milky_-_After1.rar |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/28/2013 | Lincoln (2012) SA Bluray 720p X264 Hd Free |
| 02/26/2013 | [ www.Torrenting.com ] - Top.Gear.S19E05.720p.HDTV.x264-RiVER |
| 02/26/2013 | Crysis.3.Crackfix.2.INTERNAL-RELOADED |
| 02/24/2013 | Zoe_Anjelica_Share_Your_Delight_HD1080.mp4 |
| 02/24/2013 | FTV - 2013-02-16 - Eliana - Wet First Time Orgasms |
| 02/24/2013 | Crysis.3.v1.0.Plus.6.Trainer-FLiNG.rar |
| 02/24/2013 | WowPorn - Share Your Delight - Anjelica, Zoe [720p].mp4 |
| 02/23/2013 | Crysis 3 CRACK ONLY-RELOADED.zip |
| 02/23/2013 | Crysis.3.INTERNAL-RELOADED |
| 02/23/2013 | Crysis.3.CRACK.Fix.ONLY-P2P |
| 02/23/2013 | Crysis3.Digital.Deluxe |
| 02/22/2013 | Bones.S08E16.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 02/22/2013 | Bones.S08E15.1080p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 02/21/2013 | [ www.Torrenting.com ] - Top_Gear.19x04.720p_HDTV_x264-FoV |
| 02/21/2013 | Top_Gear.19x04.720p_HDTV_x264-FoV [PublicHD] |
| 02/12/2013 | Top_Gear.19x03.720p_HDTV_x264-FoV [PublicHD] |
| 02/11/2013 | Top Gear 19x03 720p HDTV x264-FoV |
| 02/09/2013 | The Shootist.avi |
| 02/09/2013 | David Dunn - For the Life of Me |
| 02/07/2013 | Bones S08E13 720p WEB-DL DD5 1 H 264-ECI [PublicHD] |
| 02/06/2013 | Bones.S08E14.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/06/2013 | Blitz {2011} Limited 720p BRRip x264 - Kickassddl |
| 02/06/2013 | Top_Gear.19x02.720p_HDTV_x264-FoV |
| 02/05/2013 | Tatum |
| 01/30/2013 | Stephanie_Gloria_Eat_My_Clit_HD1080.mp4 |
| 01/29/2013 | O Jogo Da Verdade [1992].wmv |

EXHIBIT C

EPA138

| Hit Date UTC | Filename |
|---|---|
| 01/29/2013 | Top_Gear.19x01.720p_HDTV_x264-FoV |
| 01/26/2013 | prnfle1316x.mp4 |
| 01/26/2013 | The Mentalist Season 1 Complete 720p |
| 01/26/2013 | [ www.Speed.Cd ] - MythBusters.S11E09.Plane.Boarding.Bite.the.Bullet.CONVERT.720p.HDTV.x264-DHD |
| 01/26/2013 | Anjelica_An_Ardent_Interconnection_HD1080.wmv |
| 01/26/2013 | [ www.Speed.Cd ] - Mythbusters.S11E04.720p.HDTV.x264-ORENJI |
| 01/25/2013 | (C81) [AHOBAKA (aho)] キツネコ！(オリジナル) [DL版].zip |
| 01/25/2013 | Cloud.Atlas.2012.1080p.BluRay.DD5.1.x264-HDMaNiAcS |
| 01/25/2013 | MythBusters.S11E05.Mini.Myth.Medley.720p.HDTV.x264-DHD [PublicHD] |
| 01/24/2013 | South.Park.Season.16.Complete.UNCENSORED.720p.WEB-DL.x264.AAC |
| 01/23/2013 | Bones.S08E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/23/2013 | Langhorns - Langhorns [2012 ALBUM] |
| 01/23/2013 | Damages S01E13 (Rip-NOTV)[VTV].avi |
| 01/22/2013 | Hi-Fidelity Dub Sessions, Vol. 5 |
| 01/22/2013 | x-art_angelica_a_little_rain_must_fall_1080.wmv |
| 01/22/2013 | Battleship.2012.1080p.BluRay.DTS.x264-SPARKS [PublicHD] |
| 01/22/2013 | X-Art - A Little Rain Must Fall - Angelica [1080p].mov |
| 01/21/2013 | Wrath.of.the.Titans.2012.1080p.BluRay.x264.DTS-HDChina [PublicHD] |
| 01/21/2013 | Teens_Want_Double_9.DvdRip.2012_iyutero.com |
| 01/21/2013 | windows 8 full crack privet now free downloed |
| 01/18/2013 | Cold_Case_Kein_Opfer_ist_je_vergessen_12.11.13_12-00_kabel1_55_TVOON_DE.mpg.avi.otrkey |
| 01/15/2013 | Fantocci.v.raju.1993.XviD.DVDRip.avi |
| 01/13/2013 | The Raven (Spanish) DVDRip.XViD ETRG |
| 01/13/2013 | Dredd.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 01/12/2013 | YoungLegalPorn.12.12.31.Anjelica.And.Ella.An.Unexpected.Visit.XXx |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/12/2013 | Everybody.Hates.Chris.S01E10.HDTV.XviD-LOL.avi |
| 01/12/2013 | YoungLegalPorn - Deeper Means Better - Alexis Crystal [1080p].mp4 |
| 01/12/2013 | Susie.Clover.Warm.Inside.XArt.2013.FullHD_iyutero.com.mov |
| 01/08/2013 | Fringe.S05E09.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 01/08/2013 | Fringe.S05E10.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 01/06/2013 | Doctor.Who.2005.S07E05.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 01/06/2013 | Fringe.S05E08.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 01/05/2013 | 18 Only Girls - Slide It In My Pussy HD 720p |
| 01/05/2013 | FTV.2013-01.Melody.Lena.XXX.[Pirates-Vault] |
| 12/31/2012 | Fringe S05E06 720p WEB-DL DD5.1 H264-EbP [PublicHD] |
| 12/28/2012 | Doctor_Who_2005.2012_Christmas_Special.The_Snowmen.720p_HDTV_x264-FoV [PublicHD] |
| 12/28/2012 | Top.Gear.50.Years.of.Bond.Cars.720p.HDTV.x264-FoV.mkv |
| 12/27/2012 | Top.Gear.Apocalypse.2010.720p.BluRay.x264-LEGENDARY |
| 12/25/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/19/2012 | Minority Report (2002) BDRip 1080p HighCode-PHD |
| 12/19/2012 | Far Cry 3 Update 1.02-=AviaRa=- |
| 12/17/2012 | [ www.TorrentDay.com ] - Rizzoli.and.Isles.S03E13.HDTV.x264-LOL |
| 12/16/2012 | YoungLegalPorn.12.11.30.Elisa.A.And.Irina.K.A.Lesbian.Kiss.XxX |
| 12/16/2012 | Anjelica - Hardcore Tricks - HD1080.mp4 |
| 12/16/2012 | pf0033-ihd-1.mp4 |
| 12/16/2012 | WowGirls - Love Is For Two - Anjelica, Natasha Von [720p].mp4 |
| 12/16/2012 | YoungLegalPorn - You Belong To Me - Anjelica [720p].mp4 |
| 12/12/2012 | Far Cry 3 [MULTI12] |
| 12/11/2012 | My Dying Bride - A Map of All Our Failures (2012) |
| 12/10/2012 | The.Bourne.Legacy.2012.BluRay.1080p.x264-LTT |
| 12/09/2012 | Resident.Evil.Retribution.2012.1080p.BluRay.x264.DTS-HDChina [PublicHD] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 12/08/2012 | KBlaze |
| 12/08/2012 | x-art_angelica_introducing_angelica_1080.mov |
| 12/08/2012 | X-Art - Inside Perfection - Angelica [1080p].mov |
| 12/05/2012 | Bones S08E08 1080p WEB-DL DD5 1 H 264-ECI [PublicHD] |
| 12/05/2012 | Bones.S08E06.1080p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 12/05/2012 | Bones.S08E09.1080p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 12/05/2012 | Bones.S08E07.1080p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 12/04/2012 | [Ani-HL] Girls und Panzer - 03 [1280x720].mkv |
| 12/04/2012 | Pornstarplatinum.Eva.Notty.With.Mark.Wood.pornalized.avi |
| 12/03/2012 | Bones.S08E06.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 12/03/2012 | 아랑사또전 E16 121004 HDTV X264 720P AAC-SinCara |
| 12/03/2012 | Total.Recall.2012.Extended.DC.BluRay.1080p.DTS+AC3 LTT |
| 12/02/2012 | Idol.2010.Final.E01.Part1.SWEDiSH.HDTV.XviD-D2V |
| 12/02/2012 | Men.in.Black.III.2012.DVDRip.XviD-iGNiTiON |
| 12/02/2012 | Top.Gear.The.Worst.Car.In.The.History.Of.The.World.2012.1080p.BluRay.x264-TENEIGHTY [PublicHD] |
| 12/02/2012 | The.Amazing.Spider-Man.2012.1080p.BluRay.X264-AMIABLE [PublicHD] |
| 12/01/2012 | Skins.US.S01E03.Chris.PROPER.HDTV.XviD-FQM |
| 12/01/2012 | The.Bourne.Legacy.2012.1080p.BluRay.REMUX.DTS-HD.MA.7.1-PublicHD |
| 11/30/2012 | Call.of.Duty.Black.Ops.II.Update.1.and.2-SKIDROW |
| 11/30/2012 | Black Ops 2 |
| 11/30/2012 | Call.of.Duty.Black.Ops.II-SKIDROW.rar |
| 11/29/2012 | Call.of.Duty.Black.Ops.II-SKIDROW |
| 11/29/2012 | Samantha.Who.SWESUB.S01E01.HDTV.XviD-Terminator.avi |
| 11/18/2012 | Warehouse.13.S04E07.720p.WEB-DL.DD5.1.H.264-POD [PublicHD] |
| 11/18/2012 | Warehouse.13.S04E09.720p.WEB-DL.DD5.1.H.264-POD [PublicHD] |
| 11/18/2012 | Fringe S05E01 720p WEB-DL DD5.1 H264-EbP [PublicHD] |

EXHIBIT C

EPA138

| Hit Date UTC | Filename |
|---|---|
| 11/18/2012 | Fringe.S05E04.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 11/18/2012 | Warehouse.13.S04E10.720p.WEB-DL.DD5.1.H.264-POD [PublicHD] |
| 11/18/2012 | Fringe S05E02 720p WEB-DL DD5.1 H264-EbP [PublicHD] |
| 11/18/2012 | WowGirls - State Of The Art Massage - Melanie B, Stephanie [720p].mp4 |
| 11/18/2012 | Fringe.S05E05.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 11/18/2012 | Fringe S05E03 720p WEB-DL DD5.1 H264-EbP [PublicHD] |
| 11/18/2012 | 121AENFD5354.avi |
| 11/18/2012 | Warehouse.13.S04E08.720p.WEB-DL.DD5.1.H.264-POD [PublicHD] |
| 11/18/2012 | Fringe S05E07 720p WEB-DL DD5.1 H264-EbP [PublicHD] |
| 11/14/2012 | Bones.S08E05.1080p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 11/07/2012 | The.Avengers.2012.1080p.BluRay.DTS.x264-PublicHD |
| 11/05/2012 | The.Mentalist.S05E04.HDTV.XviD-AFG |
| 10/24/2012 | FTVGirls.12.10.20.Emily.Full.FTV.Experience.XXX.1080p.WMV-IEVA[rbg] |
| 10/23/2012 | MythBusters.S11E01.Titanic.Survival.720p.HDTV.x264-DHD [PublicHD] |
| 10/23/2012 | MythBusters.S11E02.Trench.Torpedo.720p.HDTV.x264-DHD [PublicHD] |
| 10/17/2012 | The.Walking.Dead.S03E01.1080p.WEB-DL.AAC2.0.H.264-TB [PublicHD] |
| 10/14/2012 | South.Park.S16E09.720p.WEB-DL.AAC2.0.H.264-CtrlHD [PublicHD] |
| 10/14/2012 | Mad Men - Season 5, Episode 6 Far Away Places HDTV XviD-playHD |
| 10/14/2012 | South.Park.S16E10.720p.WEB-DL.AAC2.0.H.264-CtrlHD [PublicHD] |
| 10/12/2012 | [Alice no Takarabako (Mizuryu Kei)] MC Gakuen Yojigenme.zip |
| 10/10/2012 | Bones.S08E01.720p.HDTV.X264-DIMENSION.mkv |
| 10/10/2012 | 18XGirls - Anjelica Gets Oiled Up For A Thick Dick [1080p].wmv |
| 10/10/2012 | Bones.S08E04.720p.HDTV.X264-DIMENSION [PublicHD] |
| 10/10/2012 | YoungLegalPorn - I Miss You - Kitana [1080p].mp4 |
| 10/10/2012 | WowGirls Cock Addicts Anjelica, Zoe |
| 10/10/2012 | WowGirls - Lesbian - Gloria, Jasmin [1080p].mp4 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 10/10/2012 | WowGirls  Fruity Chick Stephanie |
| 10/07/2012 | The Hunger Games 2012 1080p BluRay x264-BLOW |
| 10/07/2012 | The.Hunger.Games.2012.1080p.BluRay.x264-BLOW [PublicHD] |
| 10/07/2012 | The Hunger Games (2012) 1080p BluRay x264 [GlowGaze.Com] |
| 10/03/2012 | doctor_who_2005.7x02.dinosaurs_on_a_spaceship.hdtv_x264-fov.mp4 |
| 10/03/2012 | Underworld Awakening 2012 BluRay 1080p DTS x264-3Li |
| 10/03/2012 | Bones.S08E03.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 09/30/2012 | Snow.White.and.the.Huntsman.2012.EXTENDED.BluRay.1080p.x264 LTT |
| 09/30/2012 | aTunes - Spela-hantera musik-video frenlig iTunes-iPod [GNU-Linux] [Svensk-Swedish] |
| 09/30/2012 | In.Time.2011.1080p.BluRay.DTS.x264-ESiR |
| 09/29/2012 | Doctor.Who.2005.S07E05.720p.HDTV.x264-BiA [PublicHD] |
| 09/26/2012 | Bones.S08E02.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 09/26/2012 | Bones.S08E02.720p.HDTV.X264-DIMENSION.mkv |
| 09/24/2012 | Bones.S08E01.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 09/23/2012 | Doctor_Who_2005.7x04.The_Power_Of_Three.720p_HDTV_x264-FoV [PublicHD] |
| 09/22/2012 | Prometheus.2012.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 09/22/2012 | Prometheus.2012.BluRay.1080p.x264 LTT |
| 09/21/2012 | Doctor.Who.2005.S07E01.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 09/21/2012 | X-Art - Black Lace Bliss - Gianna [1080p].mov |
| 09/21/2012 | Doctor.Who.2005.S07E03.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 09/21/2012 | X-Art - Underwater Lover - Silvie, Kaylee [1080p].mov |
| 09/21/2012 | Doctor.Who.2005.S07E02.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 09/21/2012 | x-art.com_Gianna_Black_Lace_Bliss_1080.mov |
| 09/16/2012 | Doctor.Who.2005.S07E03.720p.HDTV.x264-BiA [PublicHD] |
| 09/15/2012 | HIM - Ultra Rare Trax Vol 1 |
| 09/15/2012 | X-Art - House Of The Rising Sun - Jessie [1080p].mp4 |

EXHIBIT C

EPA138

| Hit Date UTC | Filename |
|---|---|
| 09/15/2012 | Game.of.Thrones.S02.720p.HDTV.DD5.1.x264-EbP [PublicHD] |
| 09/13/2012 | Game of Thrones Season 1 (BluRay 1080p MultiSub) [FtR] |
| 09/11/2012 | Mission Impossible  Ghost Protocol 2012 BRRip XviD AC3-DEO |
| 09/10/2012 | Game of Thrones Season 1 Complete 720p |
| 09/10/2012 | [ www.Speed.Cd ] - Big Mommas Like Father Like Son 2011 R5 XviD AC3-SANTi |
| 09/09/2012 | Mad.Men.S02E01.HDTV.XviD.VOSTFR-GuiKs.avi |
| 09/09/2012 | Men.in.Black.3.2012.BluRay.1080p.x264 LTT |
| 09/09/2012 | Doctor.Who.2005.7x02.Dinosaurs.On.A.Spaceship.720p.HDTV.x264-FoV.mkv |
| 09/09/2012 | Lockout.2012.UNRATED.1080p.BluRay.X264-BLOW [PublicHD] |
| 09/08/2012 | The.Big.C.S03E07.720p.HDTV.x264-IMMERSE [PublicHD] |
| 08/30/2012 | Johnny English Reborn (Engl)_2011 |
| 08/29/2012 | Family Guy S10E02 HDTV XviD-LOL [VTV] |
| 08/29/2012 | Warehouse.13.S04E06.720p.WEB-DL.DD5.1.H.264-POD [PublicHD] |
| 08/26/2012 | Warehouse.13.S04E05.720p.WEB-DL.DD5.1.H.264-POD [PublicHD] |
| 08/26/2012 | Warehouse.13.S04E04.720p.WEB-DL.DD5.1.H.264-POD [PublicHD] |
| 08/26/2012 | Warehouse.13.S04E03.720p.WEB-DL.DD5.1.H.264-POD [PublicHD] |
| 08/17/2012 | Futurama.S07E09.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 08/16/2012 | 30 Rock Sn6 Ep10 HD-TV - Alexis Goodlooking and the Case of the Missing Whisky - Cool Release |
| 08/16/2012 | The.Middle.S02E24.HDTV.XviD-FEVER |
| 08/16/2012 | X-Art_-_Jessie_and_Anais_HD_1080p |
| 08/16/2012 | Stargate Atlantis Season 2 |
| 08/09/2012 | Harry Potter and the Half Blood Prince (2009) [1080p] |
| 08/09/2012 | Harry Potter and the Order of the Phoenix (2007) [1080p] |
| 08/08/2012 | Futurama.S07E08.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 08/06/2012 | X-Art - Farewell - Jessie [1080p].mp4 |
| 08/06/2012 | X-Art.12.08.03.Jessie.Farewell.XXX.1080p.MP4-KTR |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 08/06/2012 | x-art_jessie_farewell_1080.mp4 |
| 08/06/2012 | WowGirls - Taste My Clit - Anjelica, Zaya [720p].mp4 |
| 07/28/2012 | WowGirls - Viagra - Gloria, Jasmin, Sasha [1080p].mp4 |
| 07/28/2012 | x-art_avril_keira_come_to_my_window_540.wmv |
| 07/28/2012 | x-art_avril_keira_come_to_my_window_1080.mov |
| 07/28/2012 | WowGirls.com - On The Top Of Pleasure - Hayden, Riley Reid [720p].mp4 |
| 07/28/2012 | Angela - A Scream Of Orgasm.mp4 |
| 07/21/2012 | Eureka.S05E13.720p.WEB-DL.DD5.1.H.264-ECI [PublicHD] |
| 07/20/2012 | Anjelica_Intimate_Caresses_HD1080.mp4 |
| 07/20/2012 | Top.Gear.Australia.S02E07.x264.720p.zbox-1.mp4 |
| 07/20/2012 | ShesAFreak.12.07.08.Franziska.Facella.Fuck.The.Roses.XXX |
| 07/19/2012 | X-Art - Pink Orgasm - Hayden H [1080p].mov |
| 07/19/2012 | SexUnderwater.12.07.08.Haydens.Swim.XXX |
| 07/19/2012 | 1By-Day__-_Jessyka_Swan_-_Newbie_Meets_The_Fucking_Machine_HD_1080p |
| 07/19/2012 | Sindy and Olga.mp4 |
| 07/18/2012 | Futurama.S07E05.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 07/18/2012 | Futurama.S07E04.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |

EXHIBIT C

## **EXCULPATORY EVIDENCE REQUEST**

<u>Subscriber Name</u>:

<u>Subscriber Address</u>:

<u>Attorney Name/Contact</u>:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

<u>Authorized User Name/Relationship</u>

A. _____

- o  Adult Child
- o  Domestic Partner
- o  Minor Child
- o  Roommate
- o  Spouse
- o  Tenant
- o  Unrelated adult

B. _____

- o  Adult Child
- o  Domestic Partner
- o  Minor Child
- o  Roommate
- o  Spouse
- o  Tenant
- o  Unrelated adult

C. _____

- o  Adult Child
- o  Domestic Partner
- o  Minor Child
- o  Roommate
- o  Spouse
- o  Tenant
- o  Unrelated adult

EXHIBIT D

D._____

o  Adult Child
o  Domestic Partner
o  Minor Child
o  Roommate
o  Spouse
o  Tenant
o  Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to
an IP Address assigned to the Defendant?

YES      NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or
routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or
other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES      NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

EXHIBIT D

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES        NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES        NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES        NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES        NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES        NO


_____

Signed

_____

Date

EXHIBIT D

EPA138