IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 13-2768 |
| | : | and all related cases |
| KAREN BECK | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 13-5914 |
| | : | |
| JOHN DOE, SUBSCRIBER | : | |
| ASSIGNED IP ADDRESS | : | |
| 98.114.92.29, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of October, 2013, **IT IS HEREBY ORDERED** that:

1. The above captioned case has been consolidated for pretrial purposes. All filings in the above captioned case shall be docketed under **13-2768.**

2. The Clerk shall mark case number 13-5914 closed for statistical purposes.

IT IS SO ORDERED.

PAUL S. DIAMOND, J.

1