IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC,          : | |
|     Plaintiff,          : | |
|   v.                              : | Civ. No. 13-2768 |
|                                : | and all related cases |
| KAREN BECK                     : | |
|     Defendant.         : | |

**O R D E R**

**AND NOW**, this 13th day of November, 2013, it is hereby **ORDERED** that upon consideration of my Order Granting Leave to Serve a Third Party Subpoena prior to a Rule 26(f) Conference (Civ. Action No. 13-5484, Doc. No. 7), Plaintiff's Motion for an Expedited Hearing on the Motion (Civ. Action No. 13-2768, Doc. No. 19) is **DENIED as moot**.

                                                                **IT IS SO ORDERED.**

                                                                 */s/ Paul S. Diamond*
                                                                 _____
                                                                **PAUL S. DIAMOND,   J.**