IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|     Plaintiff, | : | |
| v. | : | Civ. No. 13-6799 |
| | : | |
| JOHN DOE, | : | |
|     Defendant. | : | |

FILED
NOV 26 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 26th day of November, 2013, **IT IS HEREBY ORDERED** that the above captioned case has been consolidated for pretrial purposes. All filings in the above captioned case shall be docketed under Civ. No. **13-2768.** The Clerk shall mark this case closed for statistical purposes.

IT IS SO ORDERED.

_____
PAUL S. DIAMOND, J.