IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|       Plaintiff, | : | |
|   v. | : | Civ. No. 13-2768 |
| | : | |
| KAREN BECK, | : | |
|       Defendant. | : | |
| MALIBU MEDIA, LLC, | : | |
|       Plaintiff, | : | |
|   v. | : | Civ. No. 13-2863 |
| | : | |
| JAMES MCNULTY, | : | |
|       Defendant. | : | |

## **O R D E R**

On December 20, 2013, I ordered Defendant James McNulty to Respond to Plaintiff's Motion to Strike by January 3, 2014.  (Docket 13-2768, No. 32.)  Defendant has not done so.  **AND NOW**, this 6th day of January, 2014, it is hereby **ORDERED** that Defendant respond to Plaintiff's Motion to Strike (Docket 13-2768, No. 19) no later than **January 13, 2014** or I shall grant Plaintiff's Motion as unopposed.

                                                       **AND IT IS SO ORDERED.**

                                                   */s/ Paul S. Diamond*

                                                _____

                                                Paul S. Diamond, J.