10 JANUARY 2014

James P McNulty
1230 Cedar Rd.
Ambler, PA 19002

Staff of The Honorable
Judge Paul S Diamond
U.S. District Court for Eastern Pennsylvania

Re: DOCKET NUMBER  13-cv-02768-PD
    Formerly DOCKET NUMBER  13-2863

**FILED**

JAN 10 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

I respectfully **request an EXTENSION** to Judge Diamond's ORDER OF 6 JANUARY 2014 for DOCKET NUMBER 13-cv-02768-PD.

I ask for the extension **because I never received ANY OF THE DOCUMENTS TO WHICH THE JUDGE REFERS**:

1. I never received the Plaintiff's Motion to Strike
2. I never received the Judge's December 20 Order to Respond

The Judge's 6 JANUARY Order( that specifies a 13 January Response deadline) is the first and only correspondence/document I have received re this Plaintiff Motion to Strike.

I ask the Court to direct the Plaintiff to actually provide me with the Motion to Strike so I may assess their Motion, and I ask for the clock to be reset so I may respond in a thoughtful manner.

Thank you for your attention to this urgent manner.

Respectfully,

James P. McNulty