# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 13-2768 |
| | : | |
| **KAREN BECK,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 13-2863 |
| | : | |
| **JAMES MCNULTY,** | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this 10th day of January, 2014, upon consideration of Defendant James McNulty's request for an extension of time, it is hereby **ORDERED** that Defendant's request is **GRANTED**. Defendant shall respond to Plaintiff's Motion to Strike no later than **January 29, 2014**. It is further **ORDERED** that Plaintiff serve a copy of the Motion to Strike on Defendant by mail no later than **January 13, 2014**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.