# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
|     Plaintiff, | : |
| v. | :    Civ. No. 14-267 |
| | : |
| JOHN DOE, | : |
|     Defendant. | : |

## ORDER

AND NOW, this 17th day of January, 2014, it is hereby **ORDERED** that the above-captioned case has been consolidated for pretrial purposes. All filings in the above-captioned case shall be docketed under Civ. No. **13-2768.** The Clerk shall mark this case closed for statistical purposes.

IT IS SO ORDERED.

_/s/ Paul S. Diamond_
PAUL S. DIAMOND, J.

ENTERED
JAN 17 2014
CLERK OF COURT