IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE | : | NO. 13-CV-2768 |
| Defendant. | : | |

## NOTICE

A Settlement Conference in the above-captioned case will be held on **February 13, 2014,** at **9:30 A.M.,** is before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. District Courthouse, 601 Market Street, Philadelphia, PA 19106.

- **Please notify the court if settlement is not a real possibility**.

- **The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference.  Full and complete authority means the party's representative must possess authority consistent with the most recent demand.** [1]

Please complete the attached summary and fax it to Chambers (267) 299-5064 on or before **February 3, 2014**.

                                      */s/ Chavela M. Settles*_____
                                      Deputy Clerk to the
                                      Honorable Timothy R. Rice
                                      U.S. Magistrate Judge
                                      (267) 299-7660

Date:   January 31, 201
cc:     Christopher P. Fiore, Esq.
        John Stewart Benson, Esq.

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

# SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____   JURY  /  NONJURY

(Circle One)

TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name: _____

Address: _____

Phone: _____
Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____
_____
_____

OTHER RELEVANT MATTERS:

_____
_____
_____

PRIOR OFFERS / DEMANDS:

_____
_____

## ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE PAGE)