# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

       Plaintiff,

v.

JAMES MCNULTY,

       Defendant.
_____/

Case No. 2:13-cv-02863-PD
Consolidated into
Case No. 2:13-cv-02768-PD

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malibu Media, LLC, by their undersigned counsel, and Defendant James McNulty, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in Case No. 2:13-cv-02863-PD are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant James McNulty respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant James McNulty's claims against each other, with each party to bear its own attorneys' fees and costs.

For the avoidance of doubt, Plaintiff is _not_ dismissing any other defendant from Case No. 2:13-cv-02768-PD.

                         Respectfully submitted,

| | |
|---|---|
| _/s/ Christopher P. Fiore_____ | _/s/ James McNulty_____ |
| Christopher P. Fiore, Esquire | James McNulty, Esquire |
| Fiore & Barber LLC | 1230 Cedar Road |
| 425 Main Street, Suite 200 | Ambler, PA 19002 |
| Harleysville, PA 19438 | _Pro Se Defendant_ |
| Phone 215-256-0205 | |
| cfiore@fiorebarber.com | |
| _Attorney for Plaintiff_ | |

## CERTIFICATE OF SERVICE

I hereby certify that on February ___, 2014, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                             By:  /s/ *Christopher P. Fiore*_____
                                             Christopher P. Fiore

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JAMES MCNULTY,

        Defendant.
_____/

Case No. 2:13-cv-02863-PD
Consolidated into
Case No. 2:13-cv-02768-PD

## ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant James McNulty's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant James McNulty's claims against each other in this matter (Case No. 2:13-cv-02863-PD) are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

SO ORDERED this ___ day of _____, 2014.

By: _____
**UNITED STATES MAGISTRATE JUDGE**