IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE | : | NO. 13-CV-2768 |
| Defendant. | : | |

## NOTICE

A Settlement Conference in the above-captioned case will be held on **February 13, 2014,** at **9:30 A.M.,** is before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. District Courthouse, 601 Market Street, Philadelphia, PA 19106.

- **Please notify the court if settlement is not a real possibility**.

- **The conference will not be held unless counsel has clients with <u>full and complete</u> settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.** [1]

Please complete the attached summary and fax it to Chambers (267) 299-5064 on or before **February 3, 2014**.

/s/ Chavela M. Settles_____
Deputy Clerk to the
Honorable Timothy R. Rice
U.S. Magistrate Judge
(267) 299-7660

Date: January 31, 201
cc: Christopher P. Fiore, Esq.
John Stewart Benson, Esq.

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____    JURY  /  NONJURY
                                                 (Circle One)

TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____
    Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

    Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____
_____
_____

OTHER RELEVANT MATTERS:

_____
_____
_____

PRIOR OFFERS / DEMANDS:

_____
_____

## ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE PAGE)